AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2023

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:23-MJ-04044-ACE |
| JUAN MANUEL FLORES-VILLAMAN | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 21, 2023 in the county of Yakima in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1),(b)(1)(A)(viii) | Distribution of 500 Grams or More of a Detectable Amount of Methamphetamine |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

CHELSEY HANEY
Digitally signed by CHELSEY HANEY
Date: 2023.03.22 10:23:01 -07'00'

*Complainant's signature*

Chelsey Haney, SA DEA
*Printed name and title*

☑ Sworn to telephonically and signed electronically
☐ Sworn to before me and signed in my presence.

Date: 03/22/2023

City and state: ~~Yakima~~ Spokane, Washington

*Judge's signature*

JAMES A. GOEKE, U.S. Magistrate Judge
*Printed name and title*

AUSA: CJB   COUNTY: YAKIMA